UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## EUGENE WINFREY

Write the full name of each plaintiff.

26 CV 1803

(Include case number if one has been assigned)

-against-

## REVERBNATION BANDLAB TECHNOLOGIES MIKE DOERNBERG, LOU PLAIA e MINOR, INC.

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☒ No

RECEIVED SDNY PRO SE OFFICE
2026 MAR -4  PM 2: 54

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒   **Federal Question**

☐   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

COPYRIGHT INFRINGEMENT ~~off~~

~~MY FIRST ALBUM.~~

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, ____EUGENE WINFREY____ , is a citizen of the State of
(Plaintiff's name)

____NEW YORK____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, <u>REVERBNATION</u>, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

<u>EUGENE</u>                    <u>WINFREY</u>
First Name          Middle Initial          Last Name

<u>P.O. BOX 45, 118 E. 124 TH ST.,</u>
Street Address

<u>NEW YORK</u>          <u>NEW YORK 10035</u>
County, City          State          Zip Code

<u>347-431-1327</u>          <u>SIMPLE MOBILE MAX 12@</u>
Telephone Number  (HOME)          Email Address (if available)
                        GMAIL.COM

<u>917-775-4172</u>
(MOBILE)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: REVERBNATION

First Name / Last Name

REVERBNATION ARTISTS

Current Job Title (or other identifying information)

1500 PERIMETER PARK DR., SUITE 210

Current Work Address (or other address where defendant may be served)

MORRISVILLE, NORTH CAROLINA,

County, City / State / Zip Code

Defendant 2: eMINOR, INC.   (27560-0594.)

First Name / Last Name

PREVIOUS OWNER

Current Job Title (or other identifying information)

1500 PERIMETER PARK DR, SUITE 210

Current Work Address (or other address where defendant may be served)

MORRISVILLE, NC 27560

County, City / State / Zip Code

Defendant 3: ~~REVERBNATION~~ BANDLAB SINGAPORE

First Name / Last Name

OWNER    @ REVERBNATION.COM

Current Job Title (or other identifying information)

~~PO BOX 1414,~~ 56 NEIL ROAD,

Current Work Address (or other address where defendant may be served)

~~MORRISVILLE, NC~~

County, City / State / Zip Code

SINGAPORE    088830

Defendant 4: **REVERBNATION (CRAFT. CO)**

First Name                    Last Name

**CRAFT. CO**

Current Job Title (or other identifying information)

**555 8TH AVE, # 909,**

Current Work Address (or other address where defendant may be served)

**NEW YORK    NY    10018**

County, City                    State        Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: **WEBSITE (LIBRARY)**

Date(s) of occurrence: **DECEMBER 15, 2025**

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

**REVERBNATION HAS COPYRIGHT INFRINGEMENT ME,**

~~ON MY FIRST ALBUM~~

**REVERBNATION HAS UNAUTHORIZED REPRODUCTION AND DISTRIBUTION OF SELLING MY RECORDS.**

**ACTUAL DAMAGES AND PROFITS:**

**(A) MY FINANCIAL LOSSES, PLUS THE INFRINGER'S PROFITS.**

**(B) STATUTORY DAMAGES:**

**AMOUNTS SET BY LAW.**

**FIXED**

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

(A) PAIN AND SUFFERING
(B) NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS. (NIED)
(C) SECONDARY TRAUMA AND EMOTIONAL ABUSE.
(D) THE AMERICANS WITH (DISABILITIES ACT)

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

TO GET AN INJUNCTION,
ACTUAL DAMAGES: MY FINANCIAL LOSSES,
PLUS THE INFRINGER'S PROFITS.
AND STATUTORY DAMAGES:
FIXED AMOUNTS SET BY LAW.

Page 6

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 3-4-26 | Eugene Winfrey |
|---|---|
| Dated | Plaintiff's Signature |

| EUGENE | | WINFREY |
|---|---|---|
| First Name | Middle Initial | Last Name |

P.O. BOX 45, 118 E. 124 TH ST
Street Address

| NEW YORK | NEW YORK | 10035 |
|---|---|---|
| County, City | State | Zip Code |

347-431-1327 (HOME)          SIMPLEMOBILEMAX12@
Telephone Number                    Email Address (if available) GMAIL.COM

917-775-4172
(MOBILE)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☒ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Registration Number

**PAu 4-251-968**

**Effective Date of Registration:**
December 05, 2024
**Registration Decision Date:**
February 12, 2025

## Title

| | |
|---|---|
| **Title of Work:** | BECAUSE I NEED YOUR LOVE |
| **Nature of Claim:** | LYRICS |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |

## Author

| | |
|---|---|
| **Author:** | EUGENE WINEREY |
| **Pseudonym:** | THE KING DR MAGiC |
| **Work made for hire:** | No |
| **Year Born:** | 1959 |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | EUGENE WINEREY |
| | P.O. Box 1327, 118 EAST 124TH ST, NEW YORK, NY, 10035 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |
| **Basis of current registration:** | This is the first application submitted by this author as claimant. |

## Certification

| | |
|---|---|
| **Name:** | EUGENE WINFREY |
| **Date:** | October 12, 2024 |

| | |
|---|---|
| **Correspondence:** | Yes |