UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__EUGENE WINFREY__ ★
(full name of the plaintiff or petitioner applying (each person must submit a separate application))

26 CV 1803

CV ____ ( ) ( )
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

-against-

__REVERBNATION__
__BANDLAB TECHNOLOGIES, eMINOR, INC.__
(full name(s) of the defendant(s)/respondent(s))

APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?*  ☐ Yes   ☒ No   (If "No," go to Question 2.)
   I am being held at: _____

   Do you receive any payment from this institution? ☐ Yes ☐ No
   Monthly amount: _____

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?   ☐ Yes   ☒ No
   If "yes," my employer's name and address are:

   Gross monthly pay or wages: _____
   If "no," what was your last date of employment? __DISABILITY__
   Gross monthly wages at the time: _____

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment   ☐ Yes   ☒ No
   (b) Rent payments, interest, or dividends            ☐ Yes   ☒ No

(c) Pension, annuity, or life insurance payments ☐ Yes ☐ No
(d) Disability or worker's compensation payments ☒ Yes ☐ No
(e) Gifts or inheritances ☐ Yes ☐ No
(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) ☒ Yes ☐ No
(g) Any other sources ☐ Yes ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

I AM A SIXTY-SIX (66) YEAR SENIOR CITIZEN
I AM ON DISABILITY $505.00 (MONTH)

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?

(NONE)

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

(NO)

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense: RENT, FOOD, WASHING CLOTHES, LIGHT BILL, CABLE, CLOTHES, PHONE, SCHOOL LOANS, BUS FARE (MONTH)

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

Declaration: I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

3-4-26
**Dated**

*Eugene Winfrey*
**Signature**

EUGENE WINFREY
**Name (Last, First, MI)**

**Prison Identification # (if incarcerated)**

P.O. BOX 45, 118 E. 124TH ST, NEW YORK, NY 10035
**Address**     **City**     **State**     **Zip Code**

347-431-1327  (HOUSE)
917-775-4172  (MOBILE)
**Telephone Number**

SIMPLEMOBILEMAX12@GMAIL.COM
**E-mail Address (if available)**

IFP Application, page 2

# Social Security Administration
## Supplemental Security Income
Important Information

SOCIAL SECURITY
2ND FLOOR
2501 GRAND CONCOURSE
BRONX NY 10468
Date: October 27, 2025
BNC#: 25S1894D52210 DI

0011672 00016504   1 AB  0.641  SN6LNA T63 P5
SSI M02 10/20 132
EUGENE WINFREY
APT 2G
2736 CRESTON AVE
BRONX NY 10468-2927

*[Handwritten annotations: "OVER PAYMENT IS PAID OFF WED OCT. 22, 2025, WORKER TOLD ME THAT MY I WENT TO SOCIAL SECURITY OFFICE ON" "I GOT THIS LETTER SATURDAY OCTOBER 25, 2025"]*

Your current monthly Supplemental Security Income (SSI) payment is $452.00 for December 2025. You will continue to get this amount each month unless there is a change in the information we use to figure your payment.

### When You Will Receive Your Payments

Your bank or other financial institution should have received a payment of $545.04 by October 24, 2025. This payment covers June 2025. Your bank or other financial institution will receive your regular monthly payment of $452.00 around December 1, 2025, and on the first of each month after that.

### Information About Your SSI Payments

Because you were overpaid previously and still owe us $1,382.26, we are withholding $1,339.26 from the amount due for January 2023 through March 2024 and for June 2025 to recover the overpayment.

### Information About Your Back Payments

- For July 2022 through September 2025, we paid you too much money for some months and not enough money for other months. We subtracted the incorrect money amounts from the correct money amounts to get your back payment of $1,884.30. We then subtracted your previous overpayment of $1,339.26 from this amount.

- Based on our rules, you are not eligible for SSI for any month in which you have resources over $2,000.00. We do not count SSI back payments as a resource until 9 months after they are received.

See Next Page

SSA-L8165