# EXHIBIT A

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
SOUTHERN District of NEW YORK

_____ Division

## 25 CV 10546

EUGENE WINFREY

Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

AMAZON MUSIC

Defendant(s)

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☒ No

2018 DEC 18 PM 3:59
SDNY PRO SE OFFICE
RECEIVED

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — EUGENE WINFREY
Street Address — P.O. BOX 45, 118 E. 124 TH ST.
City and County — NEW YORK
State and Zip Code — NEW YORK 10035
Telephone Number — 347-431-1327
E-mail Address — SIMPLEMOBILEMAX12@GMAIL.COM

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

**Defendant No. 1**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

AMAZON NEW YORK
AMAZON MUSIC
450 W. 33RD ST,
NEW YORK
NEW YORK 10001

**Defendant No. 2**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

AMAZON MUSIC
AMAZON MUSIC
410 TERRY AVE NORTH
SEATTLE
WA. 98109

**Defendant No. 3**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 4**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

COPYRIGHT INFRINGEMENT

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a.   If the plaintiff is an individual
    The plaintiff, *(name)* EUGENE WINFREY , is a citizen of the
    State of *(name)* NEW YORK .

    b.   If the plaintiff is a corporation
    The plaintiff, *(name)* _____ , is incorporated
    under the laws of the State of *(name)* _____ ,
    and has its principal place of business in the State of *(name)*
    _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a.   If the defendant is an individual
    The defendant, *(name)* _____ , is a citizen of
    the State of *(name)* _____ . Or is a citizen of
    *(foreign nation)* _____ .

Case 1:25-cv-01854-SBB-BCM Document 10-1 Filed 05/15/26 Page 7 of 83

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* **AMAZON MUSIC** , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain):* DOLLARS $2,000,000,000

COPYRIGHT INFRINGEMENT ME AND RECORDS. AMAZON MUSIC HAS AMAZON MUSIC HAS BEEN SELLING MY SONGS

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

AND SELLING MY RECORDS. REPRODUCTION AND DISTRIBUTION OF MAKING AMAZON MUSIC HAS BEEN UNAUTHORIZED

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$2,000,000,000 DOLLARS

FIXED AMOUNTS SET BY LAW.
(B) STATUTORY DAMAGES:
PLUS THE INFRINGER'S PROFITS.
(A) ACTUAL DAMAGES: MY FINANCIAL LOSSES

Page 4 of 5

b.  If the defendant is a corporation

The defendant, *(name)* AMAZON MUSIC , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

AMAZON MUSIC OWE ME $ 2,000,000,000 AND RECORDS.
AMAZON MUSIC HAS BEEN SELLING MY SONGS AND ME.
AMAZON MUSIC HAS COPYRIGHT INFRINGEMENT

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

(ON AMAZON MUSIC WEBSITE ONLINE)
~~XXXXX~~ AMAZON MUSIC PLAYLIST

B.  What date and approximate time did the events giving rise to your claim(s) occur?

3:00 P.M.
(DECEMBER 12, 2025)

(F) NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS (NIED).

(E) SECONDARY TRAUMA AND EMOTIONAL ABUSE.

(D) PAIN AND SUFFERING
(ACTUAL/ PROFITS OR STATUTORY)

(C) TO GET AN INJUNCTION, DAMAGES

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff       *Eugene Winfrey*

Printed Name of Plaintiff    EUGENE WINFREY

### B.    For Attorneys

Date of signing: _____

Signature of Attorney        _____

Printed Name of Attorney     _____

Bar Number                   _____

Name of Law Firm             _____

Street Address               _____

State and Zip Code           _____

Telephone Number             _____

E-mail Address               _____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

AMAZON MUSIC MAKING AND SELLING MY RECORDS, MY NEWPHEW AND FRIEND SAW RECORDS, DISTRIBUTION OF MAKING AND SELLING MY BY UNAUTHORIZED REPRODUCTION AND AMAZON MUSIC HAS INFRINGEMT MY COPYRIGHTS

IV.   **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

(B) INFLICTION OF EMOTIONAL DISTRESS (NIED). AMAZON MUSIC GAVE ME NEGLIGENT AMAZON MUSIC.
(A) PAIN AND SUFFERING CAUSES BY

V.   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

STATUTORY DAMAGES: $2,000,000,000 DOLLARS
(B) FIX AMOUNTS SET BY LAW. PLUS THE INFRINGER'S PROFITS.
(A) ACTUAL DAMAGES: MY FINANCIAL LOSSES,

Page 5 of 6

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff        *Eugene Winfrey*
Printed Name of Plaintiff     EUGENE WINFREY

### B. For Attorneys

Date of signing: _____

Signature of Attorney         _____
Printed Name of Attorney      _____
Bar Number                    _____
Name of Law Firm              _____
Street Address                _____
State and Zip Code            _____
Telephone Number              _____
E-mail Address                _____

Registration Number

**PAu 4-251-968**

**Effective Date of Registration:**
December 05, 2024
**Registration Decision Date:**
February 12, 2025

## Title

| | |
|---|---|
| **Title of Work:** | BECAUSE I NEED YOUR LOVE |
| **Nature of Claim:** | LYRICS |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |

## Author

| | |
|---|---|
| • **Author:** | EUGENE WINEREY |
| **Pseudonym:** | THE KING DR MAGiC |
| **Work made for hire:** | No |
| **Year Born:** | 1959 |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | EUGENE WINEREY |
| | P.O. Box 1327, 118 EAST 124TH ST, NEW YORK, NY, 10035 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |
| **Basis of current registration:** | This is the first application submitted by this author as claimant. |

## Certification

| | |
|---|---|
| **Name:** | EUGENE WINFREY |
| **Date:** | October 12, 2024 |

| | |
|---|---|
| **Correspondence:** | Yes |

Case 4:25-cv-01854-SBB-BCM Document 10-1 Filed 12/13/26 Page 19 of 83

Case 4:25-cv-01854-SBB-BCM Document 10-1 Filed 12/13/26 Page 19 of 83

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENE WINFREY

**26 CV 2252**

Write the full name of each plaintiff.

CV_____
(Include case number if one has been assigned)

-against-

THE YOUTUBE, INC.
GOOGLE (ALPHABET INC.)
CHAD HURLEY, STEVE CHEN
JAWED KARIM

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes  ☒ No

2026 MAR 18 PM 3: 00
RECEIVED
SDNY PRO SE OFFICE

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?



COPYRIGHT INFRINGEMENT

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __EUGENE WINFREY__, is a citizen of the State of
(Plaintiff's name)

__NEW YORK__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, THE YOUTUBE, INC. , is a citizen of the State of
(Defendant's name)
CALIFORNIA

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

If the defendant is a corporation:

The defendant, THE YOUTUBE, INC is incorporated under the laws of

the State of CALIFORNIA

and has its principal place of business in the State of CALIFORNIA

or is incorporated under the laws of (foreign state)

and has its principal place of business in CALIFORNIA .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

EUGENE               WINFREY
First Name           Middle Initial          Last Name

P. O. BOX 45, 118 E. 124 TH ST.,
Street Address

NEW YORK              NEW YORK        10035
County, City          State           Zip Code

347-431-1327          SIMPLE MOBILEMAX 12 @
Telephone Number (HOUSE)   Email Address (if available)   GMAIL.COM

947-775-4172
(MOBILE)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: THE YOUTUBE, INC.
First Name          Last Name
SOCIAL MEDIA
Current Job Title (or other identifying information)
901 CHERRY AVENUE, SAN BRUNO,
Current Work Address (or other address where defendant may be served)
SAN BRUNO          CALIFORNIA 94066
County, City          State          Zip Code

Defendant 2: ALPHABET INC. (GOOGLE)
First Name          Last Name
OWNER OF GOOGLE
Current Job Title (or other identifying information)
1600 AMPHITHEATRE PKWY
Current Work Address (or other address where defendant may be served)
MOUNTAIN VIEW, CALIFORNIA  94043-1351
County, City          State          Zip Code

Defendant 3: CHAD HURLEY
First Name          Last Name
OWNER OF YOUTUBE          # 300
Current Job Title (or other identifying information)
1997 ANNAPOLIS EXCHANGE PARKWAY, SUITE
Current Work Address (or other address where defendant may be served)
ANNAPOLIS          MD          21401
County, City          State          Zip Code

JAWED KARIM
OWNER YOUTUBE
SAINT PAUL, MINNESOTA

Page 4

Defendant 4:     STEVE CHEN
First Name          Last Name
                 OWNER YOUTUBE
Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
TAIPEI          TAIWAN
County, City                    State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:     WEBSITE

Date(s) of occurrence:     FEB. 28, 2026

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

YOUTUBE HAS COPYRIGHT INFRINGEMENT ME, BY PLAYING MY RECORDS ON THEIR YOUTUBE MUSIC STATION.

ACTUAL DAMAGES AND PROFITS:

(A) MY FINANCIAL LOSSES, PLUS THE INFRINGER'S PROFITS.

(B) STATUTORY DAMAGES:

FIXED AMOUNTS SET BY LAW.

Page 5

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

(A) PAIN AND SUFFERING

(B) NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, (NIED)

(C) SECONDARY TRAUMA AND EMOTIONAL ABUSE.

(D) THE AMERICANS WITH DISABILITIES ACT.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

TO GET AN INJUNCTION.
ACTUAL DAMAGES: MY FINANCIAL LOSSES,
PLUS THE INFRINGER'S PROFITS,
AND STATUTORY DAMAGES:
FIXED AMOUNTS SET BY LAW.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

3-18-26
Dated

_Eugene Winfrey_
Plaintiff's Signature

EUGENE
First Name

Middle Initial

WINFREY
Last Name

P.O. BOX 45, 118 E. 124 TH ST
Street Address

NEW YORK
County, City

NEW YORK 10035
State          Zip Code

347-431-1327
Telephone Number (HOME)

SIMPLE MOBILE MAX 12
Email Address (if available)

@GMAIL.COM

917-775-4172
(MOBILE)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes  ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Registration Number

**PAu 4-251-968**

**Effective Date of Registration:**
December 05, 2024
**Registration Decision Date:**
February 12, 2025

## Title

**Title of Work:** BECAUSE I NEED YOUR LOVE

**Nature of Claim:** LYRICS

## Completion/Publication

**Year of Completion:** 2024

## Author

**Author:** EUGENE WINEREY
**Pseudonym:** THE KING DR MAGiC
**Work made for hire:** No
**Year Born:** 1959
**Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** EUGENE WINEREY
P.O. Box 1327, 118 EAST 124TH ST, NEW YORK, NY, 10035

## Limitation of copyright claim

**Previously registered:** No
**Basis of current registration:** This is the first application submitted by this author as claimant.

## Certification

**Name:** EUGENE WINFREY
**Date:** October 12, 2024

**Correspondence:** Yes

Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## EUGENE WINFREY

Write the full name of each plaintiff.

**26 CV 2251**

(Include case number if one has been assigned)

-against-

(BMI) BROADCAST MUSIC, INC.
NEW MOUNTAIN CAPITAL
PROSEK PARTNERS
MICHAEL O' NEILL

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes  ☒ No

RECEIVED SDNY PRO SE OFFICE
2026 MAR 18 PM 3:00

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒  **Federal Question**

☐  **Diversity of Citizenship**

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

OTHER COMPANIES HAVE BEEN SELLING MY RECORDS AND I HAD SOME OF MY RECORDS PLAYED ON SOME RADIO STATIONS AND BMI NEVER EVER PAID ME ANY ROYALTIES MONEY.

### B.  If you checked Diversity of Citizenship

#### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, **EUGENE WINFREY** , is a citizen of the State of
(Plaintiff's name)

**NEW YORK**
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, BROADCAST MUSIC, INC. (CBMI ), is a citizen of the State of
(Defendant's name)

NEW YORK

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, BROADCAST MUSIC, INC., is incorporated under the laws of

the State of NEW YORK

and has its principal place of business in the State of NEW YORK

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in NEW YORK .

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

EUGENE _____ WINFREY
First Name        Middle Initial        Last Name

P.O. BOX 45, 118 E. 124 TH ST.,
Street Address

NEW YORK        NY        10035
County, City        State        Zip Code

917-775-4172        SIMPLE MOBILE MAX12 @
Telephone Number (MOBILE)        Email Address (if available) GMAIL.COM

347-431-1327
(HOUSE)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: BROADCAST MUSIC, INC. (BMI)
First Name _____ Last Name

BMI PAYS ROYALTIES TO CREATORS FOR SONGS,
Current Job Title (or other identifying information)

7 WORLD TRADE CENTER, 250 GREENWICH STREET
Current Work Address (or other address where defendant may be served)

NEW YORK        NY        10007-0030
County, City        State        Zip Code

Defendant 2: BROADCAST MUSIC, INC. (BMI)
First Name _____ Last Name

ROYALTIES PAID FOR SELLING PEOPLE RECORDS.
Current Job Title (or other identifying information)

7 WORLD TRADE CENTER, 250 GREENWICH STREET,
Current Work Address (or other address where defendant may be served)

NEW YORK        NY        10007-0030
County, City        State        Zip Code

Defendant 3: NEW MOUNTAIN CAPITAL
First Name _____ Last Name

PARTNER
Current Job Title (or other identifying information)

1633 BROADWAY, 48TH FLOOR
Current Work Address (or other address where defendant may be served)

NEW YORK        NEW YORK        10019
County, City        State        Zip Code

MICHAEL O'NEILL
PRESIDENT & CEO
10 MUSIC SQUARE EAST,
NASHVILLE, TN. 37203-4399        Page 4

Defendant 4: **PROSEK PARTNERS**

First Name        Last Name

(PARTNERS) ~~28 EAST 28TH STREET, 15TH FLOOR~~

Current Job Title (or other identifying information)

**28 EAST 28TH STREET, 15TH FLOOR**

Current Work Address (or other address where defendant may be served)

**NEW YORK     NEW YORK     10016**

County, City        State        Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: **ON LINE , LIBRARY**

Date(s) of occurrence: **JAN. 31, 2026**

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

**OTHER MUSIC COMPANIES HAVE BEEN SELLING MY RECORDS AND BROADCAST MUSIC INC. (BMI) HAS NOT PAID ME ANY ROYALTIES MONEY FOR 30 YEARS.**

Page 5

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

(A) PAIN AND SUFFERING.

(B) NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS (NIED).

(C) SECONDARY TRAUMA AND EMOTIONAL ABUSE.

(D) THE AMERICANS WITH DISABILITIES ACT.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

TO GET AN INJUNCTION,
ACTUAL DAMAGES: MY FINANCIAL LOSSES,
PLUS THE INFRINGER'S PROFITS.
AND STATUTORY DAMAGES:
FIXED AMOUNTS SET BY LAW.

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

3-18-26

**Dated**

Eugene Winfrey

Plaintiff's Signature

EUGENE        WINFREY

**First Name**        **Middle Initial**        **Last Name**

P.O. BOX 45, 118 E. 124TH ST

**Street Address**

NEW YORK        NEW YORK        10035

**County, City**        **State**        **Zip Code**

347-431-1327        EUGENEWINFREY64@

**Telephone Number**  ( HOME )        **Email Address (if available)**  GMAIL.COM

917-775-4172

(MOBILE)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Registration Number

# PAu 4-251-968

**Effective Date of Registration:**
December 05, 2024
**Registration Decision Date:**
February 12, 2025

## Title

| | |
|---|---|
| **Title of Work:** | BECAUSE I NEED YOUR LOVE |
| **Nature of Claim:** | LYRICS |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |

## Author

| | |
|---|---|
| **Author:** | EUGENE WINEREY |
| **Pseudonym:** | THE KING DR MAGiC |
| **Work made for hire:** | No |
| **Year Born:** | 1959 |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | EUGENE WINEREY |
| | P.O. Box 1327, 118 EAST 124TH ST, NEW YORK, NY, 10035 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |
| **Basis of current registration:** | This is the first application submitted by this author as claimant. |

## Certification

| | |
|---|---|
| **Name:** | EUGENE WINFREY |
| **Date:** | October 12, 2024 |

| | |
|---|---|
| **Correspondence:** | Yes |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENE WINFREY

Write the full name of each plaintiff.

26 CV 1804

(Include case number if one has been assigned)

-against-

BOOMPLAY MUSIC
TRANSSNET MUSIC LIMITED
ZHAOJIANG ZHU, ZHU ZHAOJIANG
TRANSSION HOLDINGS CO., LIMITIED

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

COMPLAINT

Do you want a jury trial?
☐ Yes  ☒ No

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

  ☒   **Federal Question**

  ☐   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

COPYRIGHT INFRINGEMENT

~~[illegible crossed-out text]~~

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, EUGENE WINFREY , is a citizen of the State of
(Plaintiff's name)

NEW YORK
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, **BOOM PLAY MUSIC**, is a citizen of the State of
(Defendant's name)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

**IKEJA, LAGOS, NIGERIA (AFRICA)**

If the defendant is a corporation:

The defendant, **BOOM PLAY MUSIC**, is incorporated under the laws of

the State of **IKEJA, LAGOS, NIGERIA (AFRICA**

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) **NIGERIA (AFRICA)**

and has its principal place of business in **IKEJA, LAGOS, NIGERIA**

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

**EUGENE** **WINFREY**
First Name       Middle Initial       Last Name

**P.O. BOX 45, 118 E. 124 TH ST.,**
Street Address

**NEW YORK**       **NEW YORK**  **10035**
County, City       State       Zip Code

**347-431-1327**       **SIMPLEMOBILEMAX 12 @GMAIL**
Telephone Number **(HOUSE)**       Email Address (if available)       **.COM**

**917-775-4172**
**(MOBILE)**

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    BOOMPLAY MUSIC

First Name / Last Name

BOOMPLAY MUSIC (RECORD LABEL)

Current Job Title (or other identifying information)

IKEJA, LAGOS, NIGERIA

Current Work Address (or other address where defendant may be served)

~~AFRICA~~   NIGERIA   100011

County, City / State / Zip Code

Defendant 2:   TRANSSNET MUSIC LIMITED

First Name / Last Name

DEVELOPER OF BOOMPLAY MUSIC / ~~RENTER~~ PARTNER

Current Job Title (or other identifying information)

18F, ISAAC JOHN STREET,

Current Work Address (or other address where defendant may be served)

(NIGERIA)   IKEJA   LAGOS   100011

County, City / State / Zip Code

Defendant 3:   ZHU   ZHAOJIANG

First Name / Last Name

(OWNER) SHENZHEN TRANSSION HOLDINGS CO., LTD.

Current Job Title (or other identifying information)

UNIT 1, 24TH FLOOR, TRANSSION BUILDING, NO.8

Current Work Address (or other address where defendant may be served)

XIANYUAN RD., XILI COMMUNITY,

County, City / State / Zip Code

NANSHAN DISTRICT, SHENZHEN, CHINA 999600

(PARTNER)

Defendant 4: __BOOMPLAY  MUSIC__
First Name                          Last Name

__RECORD  LABEL (STREAMING  &  SELLING  RECORDS__
Current Job Title (or other identifying information)

__18F,  ISAAC  JOHN  STREET,__
Current Work Address (or other address where defendant may be served)

(NIGERIA) __IKEJA       LAGOS   100011__
County, City              State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: __WEBSITE (LIBRARY)__

Date(s) of occurrence: __DECEMBER 19, 2025__

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

(1) BOOMPLAY HAS COPYRIGHT INFRINGEMENT ME. BOOMPLAY UNAUTHORIZED REPRODUCTION AND DISTRIBUTION OF SELLING MY RECORDS, ~~(ON MY FIRST ALBUM)~~

(2) ACTUAL DAMAGES AND PROFITS:

(A). MY FINANCIAL LOSSES, PLUS THE INFRINGER'S PROFITS.

(B) STATUTORY DAMAGES:

FIXED AMOUNTS SET BY LAW.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

(A) PAIN AND SUFFERING

(B) NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS (NIED).

(C) SECONDARY TRAUMA AND EMOTIONAL ABUSE.

(D) THE AMERICANS WITH DISABILITIES ACT.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

TO GET AN INJUNCTION, ACTUAL DAMAGES: MY FINANCIAL LOSSES, PLUS THE INFRINGER'S PROFITS. AND STATUTORY DAMAGES: FIXED AMOUNTS SET BY LAW.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

3-4-26

Dated

Eugene Winfrey

Plaintiff's Signature

EUGENE                                  WINFREY

First Name          Middle Initial          Last Name

P.O. BOX 45, 118 E. 124 TH ST

Street Address

NEW YORK                    NEW YORK        10035

County, City                State                    Zip Code

347-431-1327 (HOME)    SIMPLE MOBILE MAX 12 @

Telephone Number              Email Address (if available) GMAIL.COM

917-775-4172

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Registration Number

## PAu 4-251-968

**Effective Date of Registration:**
December 05, 2024
**Registration Decision Date:**
February 12, 2025

## Title

| | |
|---|---|
| Title of Work: | BECAUSE I NEED YOUR LOVE |
| Nature of Claim: | LYRICS |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2024 |

## Author

| | |
|---|---|
| Author: | EUGENE WINEREY |
| Pseudonym: | THE KING DR MAGiC |
| Work made for hire: | No |
| Year Born: | 1959 |
| Pseudonymous: | Yes |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | EUGENE WINEREY |
| | P.O. Box 1327, 118 EAST 124TH ST, NEW YORK, NY, 10035 |

## Limitation of copyright claim

| | |
|---|---|
| Previously registered: | No |
| Basis of current registration: | This is the first application submitted by this author as claimant. |

## Certification

| | |
|---|---|
| Name: | EUGENE WINFREY |
| Date: | October 12, 2024 |

| | |
|---|---|
| Correspondence: | Yes |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
SOUTHERN District of NEW YORK

_____ Division

| | |
|---|---|
| **EUGENE WINFREY** | Case No. **25 CV 10547** |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*  ☐ Yes  ☒ No |
| -v- | |
| **APPLE MUSIC** | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

RECEIVED
SDNY PRO SE OFFICE
2018 DEC 18 PM 3:56

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name  EUGENE WINFREY
Street Address  P.O. BOX 45, 118 E. 124 TH ST.
City and County  NEW YORK
State and Zip Code  NEW YORK 10035
Telephone Number  347-431-1327
E-mail Address  SIMPLEMOBILEMAX12@GMAIL.COM

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name APPLE MUSIC INC. (NEW YORK)

Job or Title *(if known)* APPLE MUSIC

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name APPLE MUSIC

Job or Title *(if known)* APPLE MUSIC

Street Address ONE APPLE PARK WAY

City and County CUPERTINO

State and Zip Code CALIFORNIA 95014

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

## COPYRIGHT INFRINGEMENT

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual
       The plaintiff, *(name)* EUGENE WINFREY , is a citizen of the
       State of *(name)* NEW YORK .

   b.   If the plaintiff is a corporation
       The plaintiff, *(name)* _____ , is incorporated
       under the laws of the State of *(name)* _____ ,
       and has its principal place of business in the State of *(name)*
       _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual
       The defendant, *(name)* _____ , is a citizen of
       the State of *(name)* _____ . Or is a citizen of
       *(foreign nation)* _____ .

Page 3 of 5

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

     b.     If the defendant is a corporation

           The defendant, *(name)* **APPLE MUSIC** , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

           Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

     *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.     The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*

**APPLE MUSIC OWE ME $2,000,000,000 DOLLARS. APPLE MUSIC HAS BEEN SELLING MY RECORDS. APPLE MUSIC INFRINGEMENT. MY COPYRIGHTS.**

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.     Where did the events giving rise to your claim(s) occur?

**APPLE MUSIC WEBSITE (ONLINE)**

    B.     What date and approximate time did the events giving rise to your claim(s) occur?

**3:00 PM
DECEMBER 12, 2025**

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* APPLE MUSIC , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain):* DOLLARS $2,000,000,000

APPLE MUSIC HAS COPYRIGHT-INFRINGEMENT ME. MY SONGS AND RECORDS. BECAUSE APPLE MUSIC HAS BEEN SELLING

### III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

UNAUTHORIZED DISTRIBUTION OF MY RECORDS. REPRODUCTION AND SELL MY RECORDS, AND APPLE MUSIC HAS BEEN UNAUTHORIZED

### IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$2,000,000,000 DOLLARS, FIX AMOUNTS SET BY LAW. B STATUTORY DAMAGES: PLUS THE INFRINGER'S PROFITS. A ACTUAL DAMAGES: MY FINANCIAL LOSSES,

Page 4 of 5

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

APPLE MUSIC SELLING MY RECORDS.
MY NEWPHEW AND FREIND SAW {RECORDS.
DISTRIBUTION OF MAKING AND SELLING MY
BY UNAUTHORIZED REPRODUCTION AND
APPLE MUSIC HAS INFRINGEMENT MY COPYRIGHTS

### IV.     Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

INFLICTION OF EMOTIONAL DISTRESS (NIED).
(B) APPLE MUSIC GAVE ME NEGLIGENT
(A) PAIN AND SUFFERING CAUSE BY {APPLE MUSIC.

### V.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$ 2,000,000,000 DOLLARS

STATUTORY DAMAGES:
(B) FIX AMOUNTS SET BY LAW.
      PLUS THE INFRINGER'S PROFITS.
(A) ACTUAL DAMAGES: MY FINANCIAL LOSSES,

Page 5 of 6

F) NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS (NIED), (OFFICE MUSIC)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E) SECONDARY TRAUMA AND EMOTIONAL ABUSE

D) PAIN AND SUFFERING

(ACTUAL/PROFITS OR STATUTORY)

C) TO GET AN IN JUNCTION, DAMAGES

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   12-18-2025

Signature of Plaintiff     *Eugene Winfrey*

Printed Name of Plaintiff     EUGENE WINFREY

### B.     For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Street Address     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____

Registration Number

## PAu 4-251-968

**Effective Date of Registration:**
December 05, 2024
**Registration Decision Date:**
February 12, 2025

## Title

| | |
|---|---|
| **Title of Work:** | BECAUSE I NEED YOUR LOVE |
| **Nature of Claim:** | LYRICS |

## Completion/Publication

**Year of Completion:** 2024

## Author

| | |
|---|---|
| **Author:** | EUGENE WINEREY |
| **Pseudonym:** | THE KING DR MAGiC |
| **Work made for hire:** | No |
| **Year Born:** | 1959 |
| **Pseudonymous:** | Yes |

## Copyright Claimant

**Copyright Claimant:** EUGENE WINEREY
P.O. Box 1327, 118 EAST 124TH ST, NEW YORK, NY, 10035

## Limitation of copyright claim

**Previously registered:** No
**Basis of current registration:** This is the first application submitted by this author as claimant.

## Certification

| | |
|---|---|
| **Name:** | EUGENE WINFREY |
| **Date:** | October 12, 2024 |

**Correspondence:** Yes

Case 1:25-cv-01854-SBB-BCM   Document 1-1   Filed 12/13/26   Page 59 of 83

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
### for the
SOUTHERN District of NEW YORK

_____ Division

| | |
|---|---|
| EUGENE WINFREY | )  Case No. **25 CV 10548** |
| _Plaintiff(s)_ | )  _(to be filled in by the Clerk's Office)_ |
| (Write the full name of each plaintiff who is filing this complaint. | ) |
| If the names of all the plaintiffs cannot fit in the space above, | ) |
| please write "see attached" in the space and attach an additional | ) |
| page with the full list of names.) | ) |
| -v- | ) |
| | ) |
| | ) |
| SPOTIFY | ) |
| _Defendant(s)_ | ) |
| (Write the full name of each defendant who is being sued. If the | ) |
| names of all the defendants cannot fit in the space above, please | ) |
| write "see attached" in the space and attach an additional page | ) |
| with the full list of names.) | ) |

RECEIVED SDNY PRO SE OFFICE 2019 DEC. 18 PM 3:56

## COMPLAINT AND REQUEST FOR INJUNCTION

I.     **The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                    EUGENE WINFREY
Street Address          P.O. BOX 45, 118 E. 124 TH ST.
City and County         NEW YORK
State and Zip Code      NEW YORK 10035
Telephone Number        347-431-1327
E-mail Address          SIMPLEMOBILEMAX12@GMAIL.COM

B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

> SPOTIFY USA INC.,
> SPOTIFY MUSIC (PLAYLIST)
> 4 WORLD TRADE CENTER
> NEW YORK
> NEW YORK 10007

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

> SPOTIFY
> SPOTIFY MUSIC
> REGERINGSGATAN 19
> STOCKHOLM, SWEDEN
> S

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

COPYRIGHT INFRINGEMENT

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* EUGENE WINFREY , is a citizen of the State of *(name)* NEW YORK .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

b. If the defendant is a corporation

The defendant, *(name)* SPOTIFY _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

SPOTIFY HAS COPYRIGHT INFINGEMENT ME.
MY SONGS AND RECORDS.
BECAUSE SPOTIFY HAS BEEN SELLING
SPOTIFY OWE ME $2,000,000,000 DOLLARS.

**III. Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

MAKING AND SELLING MY RECORDS.
REPRODUCTION AND DISTRIBUTION OF
SPOTIFY HAS BEEN UNAUTHORIZED

**IV. Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

FIXED $2,000,000,000 DOLLARS
AMOUNTS SET BY LAW.
(B) STATUTORY DAMAGES.
PLUS THE INFRINGER'S PROFITS.
(A) ACTUAL DAMAGES * MY FINANCIAL LOSSES

Page 4 of 5

b.    If the defendant is a corporation

The defendant, *(name)* SPOTIFY , is incorporated under
the laws of the State of *(name)* _____ , and has its
principal place of business in the State of *(name)* _____ .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

SPOTIFY HAS BEEN SELLING MY SONGS AND RECORDS.
SPOTIFY HAS COPYRIGHT INFRINGEMENT ME.
SPOTIFY OWE ME $2,000,000,000 DOLLARS.

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

(ON SPOTIFY WEBSITE ONLINE)
SPOTIFY MUSIC PLAYLIST

B.    What date and approximate time did the events giving rise to your claim(s) occur?

3:00 PM
DECEMBER 12, 2025

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SPOTIFY DONE TO ME.
MY NEWPHEW AND FRIEND SAW WHAT
DISTRIBUTION OF MAKING AND SELLING MY RECORDS.
BY 4NAUTHORIZED REPRODUCTION AND
SPOTIFY HAS INFRINGEMENT MY COPYRIGHTS

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.



OF EMOTIONAL DISTRESS (NIED).
(B) SPOTIFY'S GAVE ME NEGLIGENT INFLICTION
(A) PAIN AND SUFFERING CAUSE BY SPOTIFY.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$ 2,000,000,000 DOLLARS

STATUTORY DAMAGES:
(B) FIX AMOUNTS SET BY LAW.
PLUS THE INFRINGER'S PROFITS.
(A) ACTUAL DAMAGES: MY FINANCIAL LOSSES,

F NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, (NIED)

E SECONDARY TRAUMA AND EMOTIONAL ABUSE.

D PAIN AND SUFFERING
    (ACTUAL/ PROFITS OR STATUTORY)

C TO GET AN INJUNCTION, DAMAGES

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12-18-25

Signature of Plaintiff    *Eugene Winfrey*

Printed Name of Plaintiff    EUGENE WINFREY

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____

SPOTIFY

**Registration Number**

# PAu 4-251-968

**Effective Date of Registration:**
December 05, 2024
**Registration Decision Date:**
February 12, 2025

## Title

| | |
|---|---|
| **Title of Work:** | BECAUSE I NEED YOUR LOVE |
| **Nature of Claim:** | LYRICS |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |

## Author

| | |
|---|---|
| • **Author:** | EUGENE WINEREY |
| **Pseudonym:** | THE KING DR MAGiC |
| **Work made for hire:** | No |
| **Year Born:** | 1959 |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | EUGENE WINEREY<br>P.O. Box 1327, 118 EAST 124TH ST, NEW YORK, NY, 10035 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |
| **Basis of current registration:** | This is the first application submitted by this author as claimant. |

## Certification

| | |
|---|---|
| **Name:** | EUGENE WINFREY |
| **Date:** | October 12, 2024 |

| | |
|---|---|
| **Correspondence:** | Yes |

Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## EUGENE WINFREY

Write the full name of each plaintiff.

**26 CV 1803**

(include case number if one has been assigned)

-against-

## REVERBNATION
## BANDLAB TECHNOLOGIES
## MIKE DOERNBERG, LOU PLAIA
## e MINOR, INC.

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

## COMPLAINT

Do you want a jury trial?
☐ Yes  ☒ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

COPYRIGHT INFRINGEMENT ~~OF~~

~~MY PAROD ALBUM~~

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?



The plaintiff, **EUGENE WINFREY**, is a citizen of the State of
(Plaintiff's name)

**NEW YORK**
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, **REVERBNATION**, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

**EUGENE**       **WINFREY**

First Name      Middle Initial      Last Name

**P.O. BOX 45, 118 E. 124 TH ST.,**

Street Address

**NEW YORK**      **NEW YORK 10035**

County, City      State      Zip Code

**347-431-1327**      **SIMPLEMOBILEMAX12@**

Telephone Number **(HOME)**      Email Address (if available)

**GMAIL.COM**

**917-775-4172**
**(MOBILE)**

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: **REVERBNATION**

First Name / Last Name

**REVERBNATION ARTISTS**

Current Job Title (or other identifying information)

**1500 PERIMETER PARK DR., SUITE 210**

Current Work Address (or other address where defendant may be served)

**MORRISVILLE. NORTH CAROLINA,**

County, City / State / Zip Code

**(27560-0594.)**

Defendant 2: **eMINOR, INC.**

First Name / Last Name

**PREVIOUS OWNER**

Current Job Title (or other identifying information)

**1500 PERIMETER PARK DR, SUITE 210**

Current Work Address (or other address where defendant may be served)

**MORRISVILLE, NC 27560.**

County, City / State / Zip Code

Defendant 3: ~~REVERBNATION~~ **BANDLAB SINGAPORE**

First Name / Last Name

**OWNER** **@ REVERBNATION.COM**

Current Job Title (or other identifying information)

~~_____~~ **56 NEIL ROAD,**

Current Work Address (or other address where defendant may be served)

~~MORRISVILLE, NC 27560~~

County, City / State / Zip Code

**SINGAPORE** **088830**

Defendant 4: REVERBNATION (CRAFT. CO)

First Name        Last Name

CRAFT. CO

Current Job Title (or other identifying information)

555 8TH AVE, # 909,

Current Work Address (or other address where defendant may be served)

NEW YORK    NY        10018

County, City        State        Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: WEBSITE (LIBRARY)

Date(s) of occurrence: DECEMBER 15, 2025

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

REVERBNATION HAS COPYRIGHT INFRINGEMENT ~~ON MY FIRST ALBUM~~ ME,
REVERBNATION HAS UNAUTHORIZED REPRODUCTION AND DISTRIBUTION OF SELLING MY RECORDS.

ACTUAL DAMAGES AND PROFITS:

(A) MY FINANCIAL LOSSES, PLUS THE INFRINGER'S PROFITS.

(B) STATUTORY DAMAGES:

AMOUNTS SET BY LAW.

FIXED

Page 5

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

(A) PAIN AND SUFFERING

(B) NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS. (NIED)

(C) SECONDARY TRAUMA AND EMOTIONAL ABUSE.

(D) THE AMERICANS WITH (DISABILITIES ACT)

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

TO GET AN INJUNCTION,

ACTUAL DAMAGES: MY FINANCIAL LOSSES, PLUS THE INFRINGER'S PROFITS.

AND STATUTORY DAMAGES: FIXED AMOUNTS SET BY LAW.

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 3-4-26 | Eugene Winfrey |
| Dated | Plaintiff's Signature |

EUGENE                          WINFREY

First Name        Middle Initial        Last Name

P.O. BOX 45, 118 E. 124 TH ST

Street Address

NEW YORK          NEW YORK          10035

County, City                State                Zip Code

347-431-1327 (HOME)     SIMPLEMOBILEMAX12@

Telephone Number          Email Address (if available) GMAIL.COM

917-775-4172
(MOBILE)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

Registration Number

# PAu 4-251-968

**Effective Date of Registration:**
December 05, 2024
**Registration Decision Date:**
February 12, 2025

## Title

| | |
|---|---|
| **Title of Work:** | BECAUSE I NEED YOUR LOVE |
| **Nature of Claim:** | LYRICS |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |

## Author

| | |
|---|---|
| **Author:** | EUGENE WINEREY |
| **Pseudonym:** | THE KING DR MAGiC |
| **Work made for hire:** | No |
| **Year Born:** | 1959 |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | EUGENE WINEREY |
| | P.O. Box 1327, 118 EAST 124TH ST, NEW YORK, NY, 10035 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |
| **Basis of current registration:** | This is the first application submitted by this author as claimant. |

## Certification

| | |
|---|---|
| **Name:** | EUGENE WINFREY |
| **Date:** | October 12, 2024 |

**Correspondence:** Yes

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## EUGENE WINFREY

Write the full name of each plaintiff.

**26 CV 2249**

(Include case number if one has been assigned)

-against-

## iHEART MEDIA
## iHEART Music
PACIFIC INVESTMENT MANAGEMENT CO. LLC
MEDIA & ENT. INVESTMENTS LTD., BLACK ROCK INC.
THE VANGUARD GROUP.

**COMPLAINT**

Do you want a jury trial?
☐ Yes  ☒ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

RECEIVED SDNY PRO SE OFFICE 2025 MAR 18 PM 3:00

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒   Federal Question

☐   Diversity of Citizenship

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

COPYRIGHT INFRINGEMENT

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff,   EUGENE WINFREY   , is a citizen of the State of
(Plaintiff's name)

NEW YORK

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, ___*i HEART MEDIA*___, is a citizen of the State of
(Defendant's name)

___NEW YORK, AND TEXAS___

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

___EUGENE WINFREY___
First Name          Middle Initial          Last Name

___P.O. BOX 45, 118 E. 124TH ST.,___
Street Address

___NEW YORK___          ___NEW YORK 10035___
County, City          State          Zip Code

___347-431-1327___          ___SIMPLE MOBILEMAX 12 @___
Telephone Number (HOUSE)          Email Address (if available)          GMAIL. COM

___917-775-4172___
(MOBILE)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:     iHEART          MEDIA
First Name                        Last Name

iHEART MUSIC
Current Job Title (or other identifying information)

125   W. 55 TH ST,
Current Work Address (or other address where defendant may be served)

NEW YORK          NEW YORK  10019
County, City                      State              Zip Code

Defendant 2:     iHEART MEDIA
First Name                        Last Name

iHEART MEDIA MUSIC
Current Job Title (or other identifying information)

20880 STONE OAK PKWY
Current Work Address (or other address where defendant may be served)

TEXAS SAN ANTONIO, TEXAS 78248
County, City                      State              Zip Code

Defendant 3: PACIFIC INVESTMENT MANAGEMENT LLC. COMPANY
First Name                        Last Name

INVESTMENT
Current Job Title (or other identifying information)

650 NEWPORT CENTER DRIVE.
Current Work Address (or other address where defendant may be served)

NEWPORT BEACH CALIFORNIA    CALIFORNIA 92660-6310
County, City                      State              Zip Code

BLACK ROCK INC.

50 HUDSON YARDS, NEW YORK, NY
10001-2180

Page 4

THE VANGUARD GROUP (100 VANGUARD BLVD, MALVERN, PA 19355

Defendant 4: MEDIA & ENT. INVESTMENTS LTD.

First Name                          Last Name

ENTERTAINMENT INVESTMENTS

Current Job Title (or other identifying information)

71-75 SHELTON STREET, COVENT GARDEN

Current Work Address (or other address where defendant may be served)

UNITED KINGDOM, LONDON WC2H9JQ

County, City                        State           Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:   WEB SITE

Date(s) of occurrence:   FEB. 28, 2026

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

iHEART HAS COPYRIGHT INFRINGEMENT ME. iHEART UNAUTHORIZED REPRODUCTION AND DISTRIBUTION OF SELLING MY RECORDS. ACTUAL DAMAGES AND PROFITS:

(A). MY FINANCIAL LOSSES, PLUS THE INFRINGER'S PROFITS.

(B) STATUTORY DAMAGES:

FIXED AMOUNTS SET BY LAW.

Page 5

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

(A) PAIN AND SUFFERING
(B) NEGLIGENT INFLICTION OF EMOTIONAL (NIED) DISTRESS.
(C) SECONDARY TRAUMA AND EMOTIONAL ABUSE.
(D) THE AMERICANS WITH DISABILITIES ACT.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

TO GET AN INJUNCTION,
ACTUAL DAMAGES: MY FINANCIAL LOSSES,
PLUS THE INFRINGER'S PROFITS,
AND STATUTORY DAMAGES:
FIXED AMOUNTS SET BY LAW.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

3-18-26

Dated

Eugene Winfrey

Plaintiff's Signature

EUGENE

First Name

WINFREY

Middle Initial        Last Name

P.O. BOX 45, 118 E. 124TH ST

Street Address

NEW YORK        NEW YORK        10035

County, City        State        Zip Code

347-431-1327 (HOME)        SIMPLEMOBILEMAX12

917-775-4172
(MOBILE)

Telephone Number        Email Address (if available) @GMAIL.COM

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes    ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Registration Number

# PAu 4-251-968

**Effective Date of Registration:**
December 05, 2024
**Registration Decision Date:**
February 12, 2025

## Title

| | |
|---|---|
| **Title of Work:** | BECAUSE I NEED YOUR LOVE |
| **Nature of Claim:** | LYRICS |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |

## Author

| | |
|---|---|
| **Author:** | EUGENE WINEREY |
| **Pseudonym:** | THE KING DR MAGiC |
| **Work made for hire:** | No |
| **Year Born:** | 1959 |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | EUGENE WINEREY |
| | P.O. Box 1327, 118 EAST 124TH ST, NEW YORK, NY, 10035 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |
| **Basis of current registration:** | This is the first application submitted by this author as claimant. |

## Certification

| | |
|---|---|
| **Name:** | EUGENE WINFREY |
| **Date:** | October 12, 2024 |

| | |
|---|---|
| **Correspondence:** | Yes |