UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    05/22/26
```

EUGENE WINFREY,

    Plaintiff,

-against-

REVERBNATION, et al.,

    Defendants.

26-CV-1803 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The above-referenced action has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). *See* Dkt. 5. All pretrial motions and applications, including those related to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

One defendant, eMinor, Inc. ("eMinor"), has appeared and moved to dismiss the claims against it. *See* Dkt. 9. As described in greater detail below, plaintiff must either: (1) amend his Complaint or (2) respond to the motion to dismiss. *See* Fed. R. Civ. P. 15(a)(1)(B). In deference to plaintiff's pro se status, the Court EXTENDS his time to amend the Complaint or respond to the motion to dismiss until **June 22, 2026**.

### eMinor's Motion to Dismiss

Plaintiff is suing for "copyright infringement," presumably under the Copyright Act, 17 U.S.C. § 101 *et seq*., and alleges that another defendant, "Reverbnation," engaged in "unauthorized

reproduction and distribution of selling my records." Compl. (Dkt. 1) at 2, 5. However, as eMinor points out in its memorandum of law, *see* Dkt. 10 at 10, eMinor is named only as the "previous owner" of Reverbnation. Compl. at 4. Additionally, although plaintiff alleges that "Reverbnation has [engaged in] unauthorized reproduction and distribution of selling my records," he provides no details of when, where, or how this may have occurred, *id*. at 5, much less why eMinor, its "previous owner," is liable for its alleged infringement.

To state a plausible copyright infringement claim, a plaintiff must establish (1) ownership of a valid copyright and (2) infringement of that copyright by the defendant. *See Feist Publications, Inc. v. Rural Telephone Servs. Co.*, 499 U.S. 340, 361 (1991); *Arista Records, LLC v. Doe 3*, 604 F.3d 110, 117 (2d Cir. 2010). As to the second element, District Courts within our Circuit require a plaintiff to allege "by what acts and during what time the defendant infringed the copyright." *Conan Props. Int'l LLC v. Sanchez*, 2018 WL 3869894, at *2 (E.D.N.Y. Aug. 15, 2018) (quoting *Energy Intelligence Grp., Inc. v. Jefferies, LLC*, 101 F. Supp. 3d 332, 338 (S.D.N.Y. 2015)). Moreover, ownership alone does not make a parent corporation liable for copyright infringement committed by a subsidiary. *See Shady Recs., Inc. v. Source Enters., Inc.*, 2005 WL 14920, at *25 (S.D.N.Y. Jan. 3, 2005) ("Vicarious liability for copyright infringement is established where the alleged infringer has the right and ability to supervise the infringing activity and also has a direct financial interest in such activities.") (internal quotation marks and citation omitted).

Here, plaintiff has attached a copy of his federal copyright registration for the lyrics of a work entitled "Because I Need Your Love." *See* Compl. at ECF p. 8. This may satisfy the first

element of a copyright infringement claim, for pleading purposes.[1] *See Yurman Design, Inc. v. PAJ, Inc.*, 262 F.3d 101, 109 (2d Cir. 2001) (holding that registered copyrights are presumed valid). However, plaintiff has not explained *when*, *where*, or *how* any of the defendants copied (*e.g.*, reproduced or distributed copies of) the work, much less alleged that such reproduction was not authorized. Unless he amends his Complaint to include such information, it will likely be dismissed. *See Winfrey v. Boomplay Music*, 2026 WL 775353 at *2 (S.D.N.Y. Mar. 19, 2026) (finding that a similar complaint, filed by plaintiff against Boomplay Music and others, did not allege facts showing "how each Defendant infringed on Plaintiff's copyright," and granting plaintiff leave to file an amended complaint).

Plaintiff must also establish that he has brought his claims against eMinor (and the other defendants) in an appropriate forum. Copyright infringement claims must be brought "in the district in which the defendant or his agent resides or may be found." 28 U.S.C. § 1400(a). A defendant "may be found," for purposes of § 1400(a), "in any district in which [it] is subject to personal jurisdiction." *Boehm v. Zimprich*, 2013 WL 6569788, at *2 (S.D.N.Y. Dec. 13, 2013) (collecting cases). To determine whether a defendant is subject to personal jurisdiction in the Southern District of New York, the district court looks to New York State's long-arm statute, which, among other things, permits personal jurisdiction over a "non-domiciliary. . . who . . . transacts any business within the state or contracts anywhere to supply goods or services in the state," N.Y.C.P.L.R. § 302(a)(1), but only with respect to claims "arising from" that conduct. *Id.*;

---

[1] As eMinor point out, *see* Dkt. 10 at 4, the copyright registration attached to plaintiff's complaint lists the copyright holder as Eugene Win*e*rey, not Eugene Win*f*rey. If this is simply a misspelling of plaintiff's name, he should so state, and explain the circumstances, in his amended pleading or response to the motion to dismiss.

*see also Boehm*, 2013 WL 6569788, at *2; *Lipton v. The Nature Co.*, 781 F. Supp. 1032, 1035 (S.D.N.Y. 1992), *aff'd*, 71 F.3d 464 (2d Cir. 1995).

Here, plaintiff provides a North Carolina address for eMinor, *see* Compl. at 4, and alleges no facts suggesting that it transacts business or contracts to supply goods or services in the State of New York. Thus, plaintiff provides no basis upon which this Court could exercise personal jurisdiction over eMinor. *See Boomplay Music*, 2026 WL 775353, at *2 (finding that plaintiff failed to establish "that Defendants are subject to jurisdiction under New York law").

## Amendment

If plaintiff chooses to amend his Complaint, he must provide specific, concrete facts: (1) supporting his copyright infringement claims against each defendant he has sued; and (2) showing that this Court has personal jurisdiction over defendants. Because plaintiff's Amended Complaint will completely replace (not supplement) his original Complaint, any facts or claims that plaintiff wants to include from the original Complaint must be repeated in the Amended Complaint.

## Conclusion

Plaintiff must submit his Amended Complaint (or, in the alternative, his papers in opposition to eMinor's motion to dismiss) to this Court's Pro Se Intake Unit no later than **June 22, 2026**. If plaintiff submits an Amended Complaint, he must caption the document "Amended Complaint," and label it with the docket number of this action: 26-CV-1803. A form with the appropriate case caption is attached to this order for plaintiff's convenience. **If he fails to *either* amend his Complaint *or* respond to eMinor's motion to dismiss, his claims against eMinor may be dismissed.**

4

Plaintiff is reminded that he may receive court documents electronically (rather than waiting for them to be mailed) by completing and submitting a Consent to Electronic Service form, available at: https://www.nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases.

The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se plaintiff, at his address of record: P.O. Box 45, 118 E 124th St., New York, NY 10035.

Dated: New York, New York
May 22, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eugene Winfrey

_____

 Write the full name of each plaintiff.

-against-

Reverbnation; eMinor, Inc.;

BandLab Technologies;

Mike Doernberg; and

Lou Plaia

 Write the full name of each defendant. If you need more
 space, please write "see attached" in the space above and
 attach an additional sheet of paper with the full list of
 names. The names listed above must be identical to those
 contained in Section II.

____26__CV__1803_____

(Include case number if one has been
assigned)

**AMENDED**
**COMPLAINT**

Do you want a jury trial?
☐ Yes      ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☐   **Diversity of Citizenship**

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

### B.  If you checked Diversity of Citizenship

#### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____ , is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____ , is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_____

First Name                    Middle Initial                    Last Name

_____

Street Address

_____

County, City                    State                    Zip Code

_____

Telephone Number                    Email Address (if available)

Page 3

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

First Name                    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State                    Zip Code

Defendant 2:

First Name                    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State                    Zip Code

Defendant 3:

First Name                    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State                    Zip Code

Defendant 4: _____

        First Name                Last Name

        _____

        Current Job Title (or other identifying information)

        _____

        Current Work Address (or other address where defendant may be served)

        _____

        County, City            State         Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Page 5

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

## V.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| First Name | Middle Initial | Last Name |

Street Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

| | |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

**United States District Court**
**Southern District of New York**

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

500 PEARL STREET | NEW YORK, NY 10007
300 QUARROPAS STREET | WHITE PLAINS, NY 10601

PRO SE INTAKE UNIT: 212-805-0175

rev. 2/9/15

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1.  I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2.  I have established a PACER account;

3.  I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4.  I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5.  I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6.  I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

## Civil case(s) filed in the Southern District of New York:

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

Name (Last, First, MI)

Address          City          State          Zip Code

Telephone Number          E-mail Address

Date          Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007