# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF Eugene Winfrey | COURT CASE NUMBER 26cv1803 |
|---|---|
| DEFENDANT Reverbnation et al | TYPE OF PROCESS Summons and Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ReverbNation

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1500 Perimeter Park Dr., Suite 210 Morrisville, North Carolina, 27560-0594

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Eugene Winfrey PO Box 45 118 E 124th St New York, NY 10035 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT | TELEPHONE NUMBER | DATE 3/30/2026 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 054 | District to Serve No. 56 | Signature of Authorized USMS Deputy or Clerk KRISTEN HUTCHINSON Digitally signed by KRISTEN HUTCHINSON Date: 2026.04.02 16:01:41 -04'00' | Date 4/2/2026 |
|---|---|---|---|---|---|

I hereby certify and return that I [X] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* Dave Marcello, Chief Marketing Officer, Play Metrics | Date 6/10/26 | Time 4:22 [ ] am [X] pm |
|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

RECEIVED JUN 09 2026 U.S. Marshals Service, EDNC

Civil Action No. 26cv1803

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Reverbnation

was received by me on *(date)* June 09, 2026.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Dave Marcello, CMO _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* Reverb nation
on *(date)* 6/10/2026 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .


I declare under penalty of perjury that this information is true.


Date: 6 /10/ 2026


_____
*Server's signature*

Ashton Sims , OUSM
*Printed name and title*


310 New Bern Ave. Raleigh, NC 2760
*Server's address*


Additional information regarding attempted service, etc: