faegre drinker

faegredrinker.com

**Ryan M. Cooney**
Associate
ryan.cooney@faegredrinker.com
+1 303 447 7735 direct

**Faegre Drinker Biddle & Reath LLP**
1470 Walnut Street, Suite 300
Boulder, Colorado 80302
+1 303 447 7700 main
+1 303 447 7800 fax

July 9, 2026

**VIA ECF**

Hon. Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Winfrey v. Reverbnation et al*, 1:26-cv-01803 - Order Dated July 6, 2026 (ECF 21)

Dear Judge Broderick:

I write on behalf of our client, Defendant eMinor, Inc. ("eMinor"), to address your order dated July 6, 2026 (ECF 21) regarding whether Plaintiff's First Amended Complaint (the "FAC") renders eMinor's Motion to Dismiss moot. (ECF 9, filed May 15, 2026).

On July 9, 2026, eMinor filed a Motion to Dismiss Plaintiff's First Amended Complaint at ECF 22, consistent with Fed. R. Civ. P 15(a)(3). eMinor requests that the prior motion to dismiss (ECF 9) be deemed moot in light of the FAC and the updated Motion to Dismiss addressing it.

Respectfully,

*/s/ Ryan M. Cooney*

Ryan M. Cooney

The Clerk of Court is respectfully directed to terminate Doc. 9 as moot in light of Plaintiff's Amended Complaint.

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 7/10/2026