USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 8/4/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENE WINFREY,

Plaintiff,

-against-

REVERBNATION, et al.,

Defendants.

26-CV-1803 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On July 9, 2026, defendant eMinor, Inc. (eMinor) moved to dismiss plaintiff's amended complaint, *see* Dkt. 22, making plaintiff's opposition due no later than July 27, 2026. *See* Loc. Civ. R. 6.1(b); Fed. R. Civ. P. 6(d). That date has come and gone, but plaintiff has not submitted his opposition to eMinor's motion. However, in recognition that plaintiff is proceeding pro se, the Court EXTENDS plaintiff's deadline to submit his papers in opposition to eMinor's motion to dismiss to this Court's Pro Se Intake Unit no later than **August 25, 2026**.

**If plaintiff fails to respond to eMinor's motion to dismiss, his claims against eMinor may be dismissed.** Plaintiff is reminded that he may receive court documents electronically (rather than waiting for them to be mailed) by completing and submitting a Consent to Electronic Service form, available at: https://www.nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases.

The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se plaintiff, at his address of record: P.O. Box 45, 118 E 124th St., New York, NY 10035.

Dated: New York, New York
August 4, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**